NUMBER 13-03-044-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

LORENA MAYELA BAEZ,                                                   Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
____________________________________________________________________

On appeal from the County Criminal Court at Law No. 11 
of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, LORENA BAEZ, perfected an appeal from a judgment entered by the 
County Criminal Court at Law No. 11 of Harris County, Texas, in cause number
1100085. Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 18th day of December, 2003.